UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| RASHOND W. BAKER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CV415-262 |
| ROBERT ADAMS, JR., | ) ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Convicted on September 19, 2013 in Chatham County Superior Court of armed robbery, aggravated assault, obstruction, and possession of a knife during the commission of a crime, Roosevelt Brown seeks to vacate his convictions under 28 U.S.C. § 2254. He also moves for leave to proceed *in forma pauperis* (doc. 2), which the Court **GRANTS** because of his indigency. Preliminary review under Rule 4 of the Rules Governing Section 2254 Cases, however, shows his petition must be dismissed on exhaustion grounds.

Courts cannot grant state habeas applicants relief "unless it appears that . . . the applicant has exhausted the remedies available in the courts of the State." 28 U.S.C. § 2254(b)(1). "An applicant shall not

be deemed to have exhausted the remedies available in the courts of the State, within the meaning of [§ 2254], if he has the right under the law of the State to raise, by any available procedure, the question presented." Id. at (c). Baker thus must first present all of his federal claims to the Georgia state courts, *O'Sullivan v. Boerckel*, 526 U.S. 838, 839 (1999), and give them "one full opportunity to resolve any constitutional issues by invoking one complete round of the State's established appellate review process." *Id.* at 845; *Pope v. Rich*, 358 F.3d 852, 854 (11th Cir. 2004) (state habeas petitioner must seek a certificate of probable cause from the Georgia Supreme Court to exhaust his state remedies).

By his own admission Baker failed to invoke any review process, much less "one complete round." *O'Sullivan*, 526 U.S. at 839; doc 1 at 2 ("no" box checked after question "did you appeal from the judgment of conviction?").[1] When asked to explain his failure to appeal (in case, for

---

[1] The form complaint Baker used asked if he had "previously filed any other petitions, applications, or motions concerning [his] judgment of conviction" other than a direct appeal. Doc. 1 at 3. Baker checked yes and provided a Chatham County Superior Court case number (CR12-0644). He claims he argued to that court "lack of subject-matter jurisdiction and motioning to dismiss entire case" as grounds for relief. *Id.* A check of that case number in the Superior Court docket reveals that it is the criminal case that generated the convictions Baker challenges here (*see* attached docket sheet for Case No. CR12-0644, *State v. Baker*). The "grounds raised" that Baker describes are nothing more than pretrial motions filed in that matter. Those simply do not constitute utilization of the state's appellate review procedure.

example, something beyond his control prevented him from doing so), or to describe any other post-conviction procedures he utilized, Baker answered no less than twelve times: "You know I have chosen internationally, conscientiously to go directly to the source of law!" *See, e.g.*, doc. 1 at 8.

Deeming this Court "the source of law" does not overcome his failure to exhaust state appeal and post-conviction remedies. Accordingly, Rashond Baker's § 2254 petition should be **DISMISSED**. His motion for leave to proceed *in forma pauperis* (doc. 2) is **GRANTED**. Applying the Certificate of Appealability (COA) standards set forth in *Brown v. United States*, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue either. 28 U.S.C. § 2253(c)(1), (2); Rule 11(a) of the Rules Governing Section 2254 Cases ("The district court *must* issue or deny a certificate of appealability when it enters a final order adverse to the applicant.") (emphasis added). Any motion for leave to appeal *in forma pauperis* therefore is moot.

**SO REPORTED AND RECOMMENDED**, this 19th day of May, 2016.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



# CHATHAM COUNTY, GA
## Eastern Judicial Circuit of Georgia

Home    Juvenile Court    Magistrate Court    Probate Court    Recorder's Court    State Court    Superior Court    Court Forms    Court Fees

May 19, 2016     Location: **Case Details**     Search...



**CASE LOOKUP**

**COURT FORMS**

**COURT FEES**

**MAP & DIRECTIONS**

**JURY SERVICES**

**SITE SEARCH** 

## Case Details

**State**
**VS.**
**BAKER, RASHOND WESLEY**

- Case Events
- Charges
- Parties
- Proceedings

### Case Information

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR120644 |
| Case Type: | ARMED ROBBERY |
| Judge: | HONORABLE JAMES BASS |
| Assistant District Attorney: | ISABEL PAULEY |
| Date Filed: | 3/28/2012 |
| Status: | CLOSED - JURY GUILTY |
| Disposition Date: | 9/25/2013 |
| Disposition: | JURY GUILTY |
| Next Event: | 6/7/2016 COMPETENCY PENDING DOCKET |

### Defendant Information

| | |
|---|---|
| Name: | BAKER, RASHOND WESLEY |
| DIN: | P0906400 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 69 |
| Weight: | 160 |
| Eyes: | BROWN |
| Hair: | BLACK |

### Attorney Information
N/A

### Bondsman Information

N/A

## Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 6/7/2016 | 08:00AM | COMPETENCY PENDING DOCKET | PENNY FREESEMANN | |
| 5/16/2016 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | |
| 5/3/2016 | 08:00AM | COMPETENCY PENDING DOCKET | PENNY FREESEMANN | |
| 4/28/2016 1:36:09 PM | 1:36PM | TRANSCRIPT RECEIVED | | |
| 4/5/2016 | 08:00AM | COMPETENCY PENDING DOCKET | PENNY FREESEMANN | |
| 2/29/2016 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | RESCHEDULE EVENT |
| 1/12/2016 4:15:19 PM | 4:15PM | TRANSCRIPT RECEIVED | | |
| 12/3/2015 3:30:12 PM | 3:30PM | TRANSCRIPT RECEIVED | | |
| 11/3/2015 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | |
| 10/29/2015 | 4:00PM | MOTION HEARING (MTH) | JAMES BASS | RESCHEDULE EVENT |
| 9/28/2015 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | RESCHEDULE EVENT |
| 7/7/2015 | 08:00AM | COMPETENCY PENDING DOCKET | PENNY FREESEMANN | |
| 6/29/2015 | 09:30AM | MOTION HEARING (MTH) | MICHAEL KARPF | CANCELLED EVENT - CL |
| 6/9/2015 | 08:00AM | COMPETENCY PENDING DOCKET | PENNY FREESEMANN | |
| 5/12/2015 | 08:00AM | COMPETENCY PENDING DOCKET | PENNY FREESEMANN | |
| 4/15/2015 11:52:30 AM | 11:52AM | TRANSCRIPT RECEIVED | | |
| 4/7/2015 | 08:00AM | COMPETENCY PENDING DOCKET | PENNY FREESEMANN | |
| 4/3/2015 12:44:35 PM | 12:44PM | TRANSCRIPT RECEIVED | | |
| 3/10/2015 | 08:00AM | COMPETENCY PENDING DOCKET | PENNY FREESEMANN | |
| 3/2/2015 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | CANCELLED EVENT - CL |
| 1/5/2015 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | RESCHEDULE EVENT |
| 11/24/2014 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | |
| 10/20/2014 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | RESCHEDULE EVENT |
| 9/18/2014 | 11:00AM | MOTION HEARING (MTH) | JAMES BASS | |
| 4/21/2014 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | |
| 1/27/2014 | 3:00PM | MOTION HEARING (MTH) | JAMES BASS | |
| 1/6/2014 | 10:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | CANCELLED EVENT - CL |
| 9/25/2013 | 10:00AM | SEN | JAMES BASS | |
| 9/17/2013 | 11:00AM | JURY TRIAL | MICHAEL KARPF | CANCELLED EVENT - CL |
| 9/17/2013 | 09:30AM | JURY TRIAL | MICHAEL KARPF | CANCELLED EVENT - CL |

| | | | | |
|---|---|---|---|---|
| 9/16/2013 | 10:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | CANCELLED EVENT - CL |
| 9/13/2013 | 10:30AM | ARRAIGNMENT/PLEA HEARING | MICHAEL KARPF | CANCELLED EVENT - CL |
| 8/12/2013 | 09:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | CANCELLED EVENT - CL |
| 7/15/2013 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | CANCELLED EVENT - CL |
| 7/8/2013 | 09:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | CANCELLED EVENT - CL |
| 5/20/2013 | 09:30AM | JURY TRIAL | MICHAEL KARPF | CANCELLED EVENT - CL |
| 5/13/2013 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | CANCELLED EVENT - CL |
| 5/7/2013 | 09:00AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | CANCELLED EVENT - CL |
| 1/28/2013 | 09:30AM | ARRAIGNMENT/PLEA HEARING | MICHAEL KARPF | CANCELLED EVENT - CL |
| 1/2/2013 | 10:30AM | JURY TRIAL | JAMES BASS | CANCELLED EVENT - CL |
| 12/18/2012 | 09:00AM | SCHEDULING CONFERENCE | MICHAEL KARPF | CANCELLED EVENT - CL |
| 11/19/2012 | 10:30AM | JURY TRIAL | JAMES BASS | RESCHEDULE EVENT |
| 9/20/2012 | 2:00PM | PRETRIAL CONFERENCE | JAMES BASS | CANCELLED EVENT - CL |
| 8/27/2012 | 10:00AM | ARRAIGNMENT/VIDEO | JAMES BASS | CANCELLED EVENT - CL |
| 5/29/2012 | 11:00AM | ARRAIGNMENT/CALENDAR CALL | JAMES BASS | RESCHEDULE EVENT |
| 5/21/2012 | 11:15AM | ARRAIGNMENT/CALENDAR CALL | JAMES BASS | CANCELLED EVENT - CL |

[Return to Top]

## Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-10-24 | OBSTRUCTION | 1 | MISDEMEANOR | 1/9/2012 10:07:17 AM | Guilty 9/25/2013 |
| **Sentencing Details:** | Description | | Fine | Duration | |
| | | | $0.00 | 12 Months-PRISON | |
| 16-8-41 | ARMED ROBBERY | 1 | FELONY | 1/9/2012 10:07:34 AM | Guilty 9/25/2013 |
| **Sentencing Details:** | Description | | Fine | Duration | |
| | TSTA | | $0.00 | 13 Years-PRISON | |
| 16-5-44.1 | HIJACKING MOTOR VEHICLE | 1 | FELONY | 1/9/2012 10:08:02 AM | Guilty 9/25/2013 |
| **Sentencing Details:** | Description | | Fine | Duration | |
| | | | $0.00 | 13 Years-PRISON | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 3/9/2012 | Guilty 9/25/2013 |
| **Sentencing Details:** | Description | | Fine | Duration | |
| | MERGE Count 2 | | $0.00 | -OTHER | |

| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 3/9/2012 | Guilty 9/25/2013 |
|---|---|---|---|---|---|
| Sentencing Details: | Description | Fine | | Duration | |
| | MERGE Count 2 | $0.00 | | -OTHER | |
| 16-5-21(A)1 | AGG ASSAULT W/INTENT TO MURDER/RAPE/ROB | 1 | FELONY | 3/9/2012 | Guilty 9/25/2013 |
| Sentencing Details: | Description | Fine | | Duration | |
| | MERGE Count 1 | $0.00 | | -OTHER | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 3/9/2012 | Guilty 9/25/2013 |
| Sentencing Details: | Description | Fine | | Duration | |
| | MERGE Count 2 | $0.00 | | -OTHER | |
| 16-5-21 | AGGRAVATED ASSAULT | 1 | FELONY | 3/9/2012 | Guilty 9/25/2013 |
| Sentencing Details: | Description | Fine | | Duration | |
| | MERGE CT1 | $0.00 | | -OTHER | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 3/9/2012 | Guilty 9/25/2013 |
| Sentencing Details: | Description | Fine | | Duration | |
| | | $0.00 | | 5 Years-PROBATION | |

[Return to Top]

## Proceedings

| 6/7/2016 | 08:00AM | COMPETENCY PENDING DOCKET | | PENNY FREESEMANN | |
|---|---|---|---|---|---|
| 5/16/2016 | | NOTES | | | DEFENSE BRIEF BY MAY 31ST AND STATES RESPONSE BY JUNE 14TH/ |
| 5/16/2016 | 3:00PM | MOTION HEARING (MTH) | | JAMES BASS | |
| 5/3/2016 | 08:00AM | COMPETENCY PENDING DOCKET | | PENNY FREESEMANN | |
| 4/28/2016 1:36:09 PM | 1:36PM | TRANSCRIPT RECEIVED | | | 02-29-16 ANNOUNCEMENT AT THE CALL OF A MOTION CALENDAR, JUDGE BASS PRESIDING |
| 4/13/2016 | | HOLD ORDER | | | |
| 4/5/2016 | 08:00AM | COMPETENCY PENDING DOCKET | | PENNY FREESEMANN | |
| 4/1/2016 | | MOTION - NEW TRIAL | | | PROSE/MOTION TO PRODUCE/MOTION FOR DETAINER DURING PROCESS OF APPEAL/ |
| 3/24/2016 | | PRO SE LETTER RECEIVED | | | |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| | | AND CLERKS RESPONSE | | | |
| 3/4/2016 | | FORENSIC REPORT ORDERED | | | |
| 3/2/2016 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 3/2/2016 | | PRO SE LETTER RECEIVED | | | ORDER AND RECOMMENDATION/ |
| 3/2/2016 | | HOLD ORDER | | | |
| 3/2/2016 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 2/29/2016 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | JAMES BASS | |
| 2/10/2016 | | PRO SE LETTER RECEIVED | | | LETTER OF CREDIT/ ORDER OF DECISION TO RESCIND/ |
| 2/10/2016 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | LETTER OF CREDIT/ ORDER OF DECISION TO RESCIND/ |
| 1/27/2016 | | ORDER | | | ORDER ON DEFENDANT REQUEST TO PROCEED PROSE/ |
| 1/12/2016 4:15:19 PM | 4:15PM | TRANSCRIPT RECEIVED | | | 05-12-15 COMPETENCY PENDING DOCKET, JUDGE KARPF PRESIDING |
| 12/9/2015 | | CERTIFIED MAIL RECEIPT | | | TO RASHOND BAKER/ |
| 12/4/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 12/3/2015 3:30:12 PM | 3:30PM | TRANSCRIPT RECEIVED | | | 11-03-15 ANNOUNCEMENT ON MOTION DOCKET, JUDGE BASS PRESIDING |
| 12/3/2015 | | RESPONSE TO NTC OF APPEAL BY SUP.CT. CLERK | | | |
| 11/24/2015 | | PRO SE LETTER RECEIVED | | | |
| 11/3/2015 | | MOTION - TO DISMISS | | | PROSE MOTION TO DISMISS FOR LACK SUBJECT MATTER JURISDICTION/ |
| 11/3/2015 | | ORDER | | | ORDER ON DEFENDANT REQUEST TO PROCEED PROSE/ |
| 11/3/2015 | 3:00PM | MOTION HEARING (MTH) | | JAMES BASS | |
| 10/29/2015 | 4:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | JAMES BASS | |
| 10/27/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 10/27/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/13/2015 | | PRO SE MOTION | | | |
| 10/5/2015 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | EXPARTE/ |
| 9/28/2015 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | JAMES BASS | |
| 8/7/2015 | | ORDER | | | ORDER TRANSMITTING COMPETENCY EVALUATION TO ATTORNEY FOR DEFENDANT AND FILING ORIGINAL UNDER SEAL/ |
| 7/7/2015 | | ORDER | | | RETURN TO ASSIGNED JUDGE - J3/ |
| 7/7/2015 | 08:00AM | COMPETENCY PENDING DOCKET | | PENNY FREESEMANN | |
| 6/29/2015 | 09:30AM | MOTION HEARING (MTH) | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 6/25/2015 | | PRO SE LETTER RECEIVED | | | |
| 6/25/2015 | | REQUEST FOR PRODUCTION ORDER TO RESOLVE PEND CHARGES ETC. | | | PROSE/ |
| 6/9/2015 | 08:00AM | COMPETENCY PENDING DOCKET | | PENNY FREESEMANN | |
| 6/8/2015 | | PRO SE MOTION | | | MTN TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICITON/PROD ORDER/ |
| 5/12/2015 | 08:00AM | COMPETENCY PENDING DOCKET | | PENNY FREESEMANN | |
| 4/30/2015 | | PRO SE MOTION | | | MODIFY PROBATION/ |
| 4/15/2015 11:52:30 AM | 11:52AM | TRANSCRIPT RECEIVED | | | 04-07-15 PENDING COMPETENCY HEARING, JUDGE FREESEMANN PRESIDING |
| 4/13/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 4/13/2015 | | PRO SE MOTION | | | NOTICE OF SELF COUNSEL FOR DEFENSE/MOTION FOR ACQUITTAL AND DISCHARGE/ |
| 4/7/2015 | 08:00AM | COMPETENCY PENDING DOCKET | | PENNY FREESEMANN | |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 4/3/2015 12:44:35 PM | 12:44PM | TRANSCRIPT RECEIVED | | | 03-10-15 COMPETENCY PENDING HEARING, JUDGE FREESEMANN PRESIDING |
| 4/2/2015 | | PRO SE MOTION | | | SUBSITUTION OF COUNSEL-PRO SE/ENTRY OF APPEARANCE/ |
| 3/18/2015 | | MOTION - PRO SE MOTION | | | MOTION FOR DIRECTED VERDICT-POSSESSION OF A FIREARM DURING THE COMMISSION OF A CRIME OCGA 16-11-106/ |
| 3/10/2015 | 08:00AM | COMPETENCY PENDING DOCKET | | PENNY FREESEMANN | |
| 3/2/2015 | 3:00PM | MOTION HEARING (MTH) | CANCELLED EVENT - CL | JAMES BASS | |
| 1/5/2015 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | JAMES BASS | |
| 12/2/2014 | | FORENSIC REPORT ORDERED | | | |
| 11/24/2014 | 3:00PM | MOTION HEARING (MTH) | | JAMES BASS | |
| 10/20/2014 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | JAMES BASS | |
| 10/6/2014 | | TRANSCRIPT RECEIVED | | | MOTION HEARING SEPTEMBER 18,2014 |
| 9/18/2014 | | NOTES | | | JUDGE ADVISE ON SELF REPRESENTATION/DEF STATES HE WILL NOT CHANGE HIS MIND/ |
| 9/18/2014 | 11:00AM | MOTION HEARING (MTH) | | JAMES BASS | |
| 9/10/2014 | | MOTION | | | MOTION REQUESTING DETERMINATION AS TO DEF REQ TO REPRESENT HIMSELF ON APPEAL/ |
| 6/4/2014 | | ORDER | | | ORDER DIRECTING CLERK TO ALLOW DEFENSE COUNSEL TO REVIEW AND COPY SEALED PLEADINGS/ |
| 6/3/2014 | | HOLD ORDER | | | |
| 5/29/2014 | | ENTRY OF APPEARANCE | | | STEVEN SPARGER/ |
| 4/21/2014 | | NOTES | | | STATES HAVE UNTIL MAY 1, 2014 AT 3PM TO FILE RESPONSE TO DEFENSE BRIEF/ |
| 4/21/2014 | 3:00PM | MOTION HEARING (MTH) | | JAMES BASS | |
| 4/18/2014 | | BRIEF | | | IN SUPPORT OF DEF MTN FOR NEW TRIAL/ |
| 3/20/2014 | | TRANSCRIPT RECEIVED | | | FAILED ENTRY OF A NEGOTIATED GUILTY PLEA SEPTEMBER 13,2013 |
| 1/27/2014 | 3:00PM | MOTION HEARING (MTH) | | JAMES BASS | |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 1/22/2014 | | MOTION - FOR CONTINUANCE | | | |
| 1/22/2014 | | ENTRY OF APPEARANCE | | | BRANDON THOMAS/ |
| 1/7/2014 | | EXPARTE | | | ORDER FOR RETURN OF PRISONER/ |
| 1/6/2014 | 10:00AM | MOTION HEARING (MTH) | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 11/19/2013 | | TRANSCRIPT RECEIVED | | | OPENING AND CLOSING ARGUMENTS JURY TRIAL SEPTEMBER 17-19,2013 |
| 11/14/2013 | | TRANSCRIPT RECEIVED | | | SENTENCING HEARING SEPTEMBER 25,2013 |
| 11/14/2013 | | TRANSCRIPT RECEIVED | | | JURY TRIAL SEPTEMBER 17-19,2013 |
| 10/17/2013 | | EXHIBIT & WITNESS LIST | | | |
| 10/2/2013 | | SUBSTITUTION OF COUNSEL | | | AMY IHRIG/ |
| 9/25/2013 | | MOTION - NEW TRIAL | | | |
| 9/25/2013 | | SENTENCE ORDER | | | STATEMENT OF APPEAL/ |
| 9/25/2013 | | CASE DISPOSED | GUILTY | MICHAEL KARPF | CASE DISPOSED GT |
| 9/25/2013 | 10:00AM | SEN | | JAMES BASS | |
| 9/19/2013 | | JURY VERDICT | | | |
| 9/18/2013 | | STATE"S JURY CHARGES | | | |
| 9/17/2013 | 11:00AM | JURY TRIAL | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 9/17/2013 | 09:30AM | JURY TRIAL | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 9/16/2013 | | DEFENDANT"S JURY CHARGES | | | |
| 9/16/2013 | 10:00AM | MOTION HEARING (MTH) | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 9/13/2013 | | TRANSCRIPT RECEIVED | | | ANNOUNCEMENT PLEA OFFER JANUARY 28,2013 |
| 9/13/2013 | 10:30AM | ARRAIGNMENT/PLEA HEARING | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 9/3/2013 | | ORDER | | | ORDER ON MOTON TO INTRODUCE EVIDENCE-GRANTED/ |
| 8/29/2013 | | TRANSCRIPT RECEIVED | | | MOTION HEARING AUGUST 12,2013 |
| 8/12/2013 | 09:00AM | MOTION HEARING (MTH) | CANCELLED | MICHAEL | |

| | | | EVENT - CL | KARPF | |
|---|---|---|---|---|---|
| 8/8/2013 | | SEALING ORDER | | | |
| 7/15/2013 | 09:30AM | JURY TRIAL DOCKET REVIEW | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 7/8/2013 | 09:00AM | MOTION HEARING (MTH) | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 6/28/2013 | | TRANSCRIPT RECEIVED | | | CALL OF CASE FOR JURY TRIAL DOCKET MAY 7,2013 |
| 6/25/2013 | | NOTICE OF TRANSACTIONS PUR OCGA 24-4-404(B) | | | |
| 5/20/2013 | 09:30AM | JURY TRIAL | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 5/16/2013 | | FORENSIC REPORT ORDERED | | | |
| 5/13/2013 | 09:30AM | JURY TRIAL DOCKET REVIEW | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 5/7/2013 | 09:00AM | JURY TRIAL DOCKET REVIEW | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 4/30/2013 | | LIST OF WITNESSES | | | |
| 1/28/2013 | 09:30AM | ARRAIGNMENT/PLEA HEARING | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 1/2/2013 | | ENTRY OF APPEARANCE | | | FALEN COX/ |
| 1/2/2013 | 10:30AM | JURY TRIAL | CANCELLED EVENT - CL | JAMES BASS | |
| 12/18/2012 | 09:00AM | SCHEDULING CONFERENCE | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 12/10/2012 | | CONSOLIDATED MOTIONS PACKAGE | | | CERT OF SERV/ |
| 12/10/2012 | | ENTRY OF APPEARANCE | | | ROBERT ATTRIDGE/ |
| 11/26/2012 | | JUDGE ASSIGNMENT FORM | | | |
| 11/20/2012 | | ORDER TO TRANSFER | | | |
| 11/19/2012 | | MASTER LIST FOR WITNESSES | | | |
| 11/19/2012 | 10:30AM | JURY TRIAL | RESCHEDULE EVENT | JAMES BASS | |
| 11/16/2012 | | STATE"S DISCOVERY | | | AMENDED DISCOVERY/ |

| | | | | | |
|---|---|---|---|---|---|
| | | DISCLOSURE | | | |
| 9/21/2012 | | PRETRIAL CONF SCHED ORDER | | | |
| 9/20/2012 | 2:00PM | PRETRIAL CONFERENCE | CANCELLED EVENT - CL | JAMES BASS | |
| 9/17/2012 | | STATES DISCOVERY DISCLOSURE AND DEMAND FOR RECIPROCAL DISCOVERY | | | SEALED PLEADINGS/ |
| 8/27/2012 | | PLEA OF NOT GUILTY | | | |
| 8/27/2012 | 10:00AM | ARRAIGNMENT/VIDEO | CANCELLED EVENT - CL | JAMES BASS | |
| 5/29/2012 | 11:00AM | ARRAIGNMENT/CALENDAR CALL | RESCHEDULE EVENT | JAMES BASS | |
| 5/21/2012 | 11:15AM | ARRAIGNMENT/CALENDAR CALL | CANCELLED EVENT - CL | JAMES BASS | |
| 4/13/2012 | | BENCH WARRANT EXECUTED | | | |
| 4/11/2012 | | BENCH WARRANT ISSUED | | | |
| 4/9/2012 | | DEFENDANTS REQUEST FOR DISCOVERY | | | DEFENDANTS DISCOVERY REQUESTS AND NOTICE OF DEFENDANTS ELECTION TO PROCEED UNDER OCGA 17-16-1 ET SEQ AND CONSOLIDATED MOTIONS/ |
| 3/29/2012 8:41:18 AM | | SCN | | | INITIAL CASE SCREENING / SCANNING |
| 3/29/2012 | | DISMISSAL OF CHARGES | | | UNLAWFULL USE OF LANE/ |
| 3/28/2012 | | INDICTMENT | | | |

[Return to Top]

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

© Copyright 2016 - Chatham County Courts

http://www.chathamcourts.org/Case-Details/caseno/CR120644                                                      10/10